HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| 2328 FAIRVIEW CONDOMINIUM ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY, an Illinois corporation; and DOE INSURANCE COMPANIES 1-10,,<br><br>Defendants. | NO. 2:16-cv-01208-RSM<br><br>NOTICE OF SETTLEMENT |

NOTICE IS HEREBY GIVEN that all claims against all parties in this action have been resolved. This notice is being filed with the consent of all parties.

///

///

///

///

NOTICE OF SETTLEMENT – 1
[Case No. 2:16-cv-01208-RSM]

067822.001073 744456.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

DATED: June 22, 2017

*s/Daniel Stein (with email authorization)*
Daniel Stein, WSBA 48739
Justin Sudweeks, WSBA 28755
Daniel S. Houser, WSBA 32327
Sudweeks, Stein & Houser PLLC
2701 First Avenue, Suite 430
Seattle WA 98121
206.388.0660 – Phone
206.286.2660 – Fax
dstein@condodefects.com

DATED: June 22, 2017

*s/Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com
Attorney for Defendant

NOTICE OF SETTLEMENT – 2
[Case No. 2:16-cv-01208-RSM]

067822.001073 744456.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152